IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No. 97-cr-00023-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICKY CARTER,

    Defendant.

---

## ORDER

---

It is ORDERED that the United States Attorney shall respond to Defendant Ricky Carter's Motion For Reduction In Sentence Pursuant To Change In Crack Guidelines And 18 U.S.C. § 3582 (Doc. No. 107) on or before May 23, 2008.

DATED at Denver, Colorado, this __30th__ day of April, 2008.

BY THE COURT:

_[signature]_
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court